RECEIVED
JUL 1 3 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| RANDAL MORGAN, ET AL. | CIVIL ACTION NO. 09-02091 |
| VERSUS | JUDGE DOHERTY |
| HERCULES DRILLING CO., LLC, ET AL. | MAGISTRATE JUDGE HANNA |

### ORDER

For the reasons stated in the Memorandum Ruling dated July  13 , 2011,

IT IS ORDERED that the Motion for Summary Judgment [Doc. 52] filed by defendant F.J. Brown & Associates, Inc. ("FJB") is DENIED.

THUS DONE AND SIGNED in Chambers, Lafayette, Louisiana, this  13  day of July, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE